**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Edwin Geovanny Dubon-Euceda,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-05309-PHX-DMF<br><br>**ORDER** |

This matter is before the Court on Petitioner's motion for expedited ruling (Doc. 12), which recounts the status of the briefing as already reflected on the Court's docket and reflects Petitioner's continued detention, of which the Court is aware. The Court is already addressing this and other similar matters in an orderly expedited manner, rendering the motion superfluous.

Accordingly,

**IT IS HEREBY ORDERED** denying Petitioner's motion for expedited ruling (Doc 12).

Dated this 25th day of November, 2026.

Honorable Deborah M. Fine
United States Magistrate Judge